1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   CR 03-08-70552 PJH
                                    )
15         Plaintiff,               )   STIPULATION AND [P~~ROPOSED~~] ORDER
                                    )   CONTINUING THE ARRAIGNMENT /
16     v.                           )   PRELIMINARY HEARING DATE
                                    )
17 DAPHENE VICKERS,                 )
                                    )
18         Defendant.               )
                                    )
19 _____

20     This matter is set for a Preliminary Hearing / Arraignment on December 11, 2008 at 9:30

21 am.  The parties now seek to continue this date until March 16, 2009 am.  The parties seek this

22 continuance to continue pre-indictment resolution discussion and to afford defense counsel time

23 to review voluminous discovery, including discovery that contains child pornography and

24 therefore must remain in the custody of the United States pursuant to 18 U.S.C. § 3509(m).

25 Further, defense counsel does not believe it is in her client's best interests for the Court to hold a

26 Preliminary Hearing within the time provided for under Federal Rule of Criminal Procedure

27 5.1(c) and therefore waives time under that time.  The parties represent that granting the

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE ARRAIGNMENT / PRELIMINARY
HEARING DATE - CR 03-08-70552 PJH
                                              1

1  continuance was necessary for effective preparation of counsel, taking into account the exercise
2  of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3
4  SO STIPULATED:
5                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
6
7  DATED: December 3, 2008                    _____/s/_____
                                                           DENISE MARIE BARTON
8                                                          Assistant United States Attorney
9
10 DATED: December 3, 2008                    _____/s/_____
                                                           NINA WILDER
11                                                         Attorney for DAPHNE VICKERS
12
13
14      For the foregoing reasons, this matter is continued until March 16, 2009 at 9:30 am.
15 Pursuant to the Speedy Trial Act, Title 18 United States Code, section 3161(h)(8)(B)(iv), the
16 ends of justice are served by granting the requested continuance, given that failure to do so would
17 deny counsel effective preparation, taking into account the exercise of due diligence.
18 Accordingly, time shall be excluded from December 11, 2008 through March 16, 2009.
19
20 SO ORDERED.
21
22
23 DATED:___12-8-08_____                     _____
                                                           ~~Honorable Edward M. Chen~~
24                                                         United States Magistrate Court Judge
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE ARRAIGNMENT / PRELIMINARY
HEARING DATE - CR 03-08-70552 PJH
                                                 2